Kess TANI, Plaintiff—Appellant,

v.

The WASHINGTON POST, a/k/a The Enterprise, a/k/a Southern Maryland Online, Owner/Publisher; Rick Boyd, Editor, Washington Post; John C. Wharton, Reporter, Washington Post; Editor(s), Washington Post; Managing Editors(s), Washington Post; Chief Editor, Washington Post; CEO, Washington Post; CFO, Washington Post; President, Washington Post; Vice President, Washington Post; Others, Yet to be identified Liable Persons, Washington Post; St. Mary's Today, a/k/a Island Publishing Company; Kenneth C. Rossignol, Owner/Publisher, St. Mary's Today; Reporter(s), St. Mary's Today; Editor(s), St. Mary's Today; Managing Editor(s), St. Mary's Today; CEO, St. Mary's Today; CFO, St. Mary's Today; President, St. Mary's Today; Vice President, St. Mary's Today; Others, Yet to be named Liable Persons, St. Mary's Today; TheBayNet; Sean Rice, Owner/Publisher, TheBayNet; Reporter(s), TheBayNet; Editor(s), TheBayNet; Managing Editor(s), TheBayNet; Chief Editor, TheBayNet; CEO, TheBayNet; CFO, TheBayNet; President, TheBayNet; Vice President, TheBayNet; Others, Yet to be identified Liable Persons, TheBayNet; Sharon Bell; Anna Bedford–Davis; Joshua Davis; Christopher Norris, Defendants—Appellees.

Kess Tani, Plaintiff—Appellant,

v.

The Washington Post, a/k/a The Enterprise, a/k/a Southern Maryland Online, Owner/Publisher; Rick Boyd, Editor, Washington Post; John C. Wharton, Reporter, Washington Post; Editor(s), Washington Post; Managing Editors(s), Washington Post; Chief Editor, Washington Post; CEO, Washington Post; CFO, Washington Post; President, Washington Post; Vice President, Washington Post; Others, Yet to be identified Liable

Persons, Washington Post; St. Mary's Today, a/k/a Island Publishing Company; Kenneth C. Rossignol, Owner/Publisher, St. Mary's Today; Reporter(s), St. Mary's Today; Editor(s), St. Mary's Today; Managing Editor(s), St. Mary's Today; CEO, St. Mary's Today; CFO, St. Mary's Today; President, St. Mary's Today; Vice President, St. Mary's Today; Others, Yet to be named Liable Persons, St. Mary's Today; TheBayNet; Sean Rice, Owner/Publisher, TheBayNet; Reporter(s), TheBayNet; Managing Editor(s), TheBayNet; Chief Editor, TheBayNet; CEO, TheBayNet; CFO, TheBayNet; President, TheBayNet; Vice President, TheBayNet; Others, Yet to be identified Liable Persons, TheBayNet; Sharon Bell; Anna Bedford–Davis; Joshua Davis; Christopher Norris, Defendants—Appellees.

Nos. 08–1766, 09–1763.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 19, 2009.

Kess Tani, Appellant Pro Se. Kevin Hardy, Williams & Connolly, LLP, Washington, D.C.; Thomas A. McManus, Sasscer, Clagett & Bucher, Upper Marlboro, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

No. 08–1766 dismissed; No. 09–1763 affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 08–1766, Kess Tani noted an appeal from the district court's order dismissing his complaint for lack of subject matter jurisdiction. Because the district court subsequently granted Tani's motion for reconsideration and vacated that order, the appeal from that order is moot. We therefore dismiss this portion of the appeal.

In No. 09–1763, Tani appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tani v. The Washington Post,* No. 8:08–cv–01130–PJM (D. Md. June 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 08–1766 *DISMISSED.*

No. 09–1763 *AFFIRMED.*